UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAUVIEL JACKSON,

    Plaintiff,

v.                                                 Case No. 3:23cv11741-LC-HTC

SANTA ROSA CORRECTIONAL INSTITUTION,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on September 13, 2023, (ECF No. 17), recommending dismissal based on Plaintiff's failure to comply with Court orders and failure to state a claim. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to comply with Court orders and failure to state a claim.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of September, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv11741-LC-HTC